MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304524)
MADISON BOWER (CA Bar No. 342786)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com
Email: mbower@conmetkane.com

NIHAL SHRINATH (CA Bar No. 327921)
**SIERRA CLUB ENVIRONMENTAL LAW PROGRAM**
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5765
Fax: (510) 208-3140
Email: nihal.shrinath@sierraclub.org

Attorneys for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR,<br><br>       Defendant. | CASE NO. 4:25-cv-05375<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, aside from the named parties, there are no entities with a financial interest in the subject matter in controversy or in a party to the proceeding, nor are there any entities with a non-financial interest that could be substantially affected by the outcome of the proceeding.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, on behalf of Plaintiff Sierra Club, certifies that Sierra Club has no parent corporations and no publicly held corporation holds 10% or more of its stock.

DATED: June 26, 2025                                By:

/s/ Mark R. Conrad
_____
MARK R. CONRAD
WILLIAM J. COOPER
MADISON BOWER
**CONRAD | METLITZKY | KANE LLP**

NIHAL SHRINATH
**SIERRA CLUB ENVIRONMENTAL LAW PROGRAM**

*Attorneys for Plaintiff Sierra Club*